# EXHIBIT "C"

| | |
|---|---|
| **From:** | Dougherty, Michael[Michael.Dougherty@wyndham.com] |
| **Sent:** | Thur 5/9/2019 7:48:32 PM (UTC) |
| **To:** | Visingard, Cheryl[CHERYL.VISINGARD@LibertyMutual.com]; Liskov, Donald[Donald.Liskov@LibertyMutual.com] |
| **Cc:** | Christopher Cogan[christopher.cogan@aon.com]; Brogan, Lisa[Lisa.Brogan@LibertyMutual.com]; Masterson, Jay[Jay.Masterson@LibertyMutual.com] |
| **Subject:** | RE: Human Trafficking Litigation v Wyndham | Counsel Rates |

This is fine.


**Michael Dougherty**
**Vice President, Risk Management & Insurance**

Wyndham Hotels & Resorts, Inc.
22 Sylvan Way
Parsippany, NJ 07054
**O** (973) 753-6080
**M** (973) 590-4112
Michael.Dougherty@Wyndham.com

---

**From:** Visingard, Cheryl [mailto:CHERYL.VISINGARD@LibertyMutual.com]
**Sent:** Thursday, May 09, 2019 3:21 PM
**To:** Dougherty, Michael <Michael.Dougherty@wyndham.com>; Liskov, Donald <Donald.Liskov@LibertyMutual.com>
**Cc:** Christopher Cogan <christopher.cogan@aon.com>; Brogan, Lisa <Lisa.Brogan@LibertyMutual.com>; Masterson, Jay <Jay.Masterson@LibertyMutual.com>; Visingard, Cheryl <CHERYL.VISINGARD@LibertyMutual.com>
**Subject:** RE: Human Trafficking Litigation v Wyndham | Counsel Rates

**This e-mail is from an external source. Use caution when opening attachments or clicking on links.**

Michael, I am getting the electronic billing referrals set up for the involved firms and just want to confirm your agreement with the rates that Don proposed and I outlined below. I want to make sure we have address all concerns.

Please let me know if you need additional time to review internally, otherwise I await your confirmation of agreement to finish up the referrals for bill submissions.

Cheryl

**From:** Dougherty, Michael <Michael.Dougherty@wyndham.com>
**Sent:** Wednesday, May 08, 2019 9:16 AM
**To:** Visingard, Cheryl <CHERYL.VISINGARD@LibertyMutual.com>; Liskov, Donald <Donald.Liskov@LibertyMutual.com>
**Cc:** Christopher Cogan <christopher.cogan@aon.com>; Brogan, Lisa <Lisa.Brogan@LibertyMutual.com>; Masterson, Jay <Jay.Masterson@LibertyMutual.com>
**Subject:** {EXTERNAL} RE: Human Trafficking Litigation v Wyndham | Counsel Rates

Thanks for this Cheryl and Don.


**Michael Dougherty**
**Vice President, Risk Management & Insurance**

Wyndham Hotels & Resorts, Inc.
22 Sylvan Way

Parsippany, NJ 07054
O (973) 753-6080
M (973) 590-4112
Michael.Dougherty@Wyndham.com

**From:** Visingard, Cheryl [mailto:CHERYL.VISINGARD@LibertyMutual.com]
**Sent:** Wednesday, May 08, 2019 8:45 AM
**To:** Dougherty, Michael <Michael.Dougherty@wyndham.com>
**Cc:** Haber, Jennifer <Jennifer.Haber@wyndham.com>; Martin, Anthony <Anthony.Martin@wyndham.com>; Christopher Cogan <christopher.cogan@aon.com>; Liskov, Donald <Donald.Liskov@LibertyMutual.com>; Brogan, Lisa <Lisa.Brogan@LibertyMutual.com>; Masterson, Jay <Jay.Masterson@LibertyMutual.com>; Visingard, Cheryl <CHERYL.VISINGARD@LibertyMutual.com>
**Subject:** Human Trafficking Litigation v Wyndham | Counsel Rates

**This e-mail is from an external source. Use caution when opening attachments or clicking on links.**

Michael, This email is in follow up to our call on Mon 5/5/19 in which Don Liskov presented our proposed defense counsel rates at the national and local levels and during which you acknowledged your agreement.

For National Coordinating Counsel (NCC) assigned to DLA Piper, Liberty Mutual (LM) agrees to pay the following rates to the firm directly:
    50% of the hourly rate <u>up to</u> a maximum* of:
        Partner $370
        Of Counsel $300
        Sr. Associate $300
        Jr. Associate $280
        Paralegal $120
    * for example, if the billed partner rate is $800/hour LM will pay $370. If the billed senior associate rate is $650/hour LM will pay $300. If the billed senior associate rate is $500, Liberty and Wyndham will each pay $250.
Please identify any additional billing levels that DLA Piper has proposed.

For all local counsel, nationwide, LM agrees to pay the following rates to the firm directly:
    Partner $185
    Associate $165
    Paralegal $95

Thus far, local counsel has been identified as follows:

    OH: **Redacted**

    PA: Plaintiffs BH and CA - DLA Piper

    TX: **Redacted**

For NCC and local counsel, Wyndham agrees to pay the delta of hourly rate above and beyond what LM has agreed to above. For instance, if Wyndham has agreed to pay **Redacted** a partner rate of $600/hour then LM will pay $185 and Wyndham will pay $415. Each firm will bill LM electronically through Lexis Nexis' CounselLink platform at the rates LM agrees to above. By agreement, billing by all firms, both local and NCC, will be subject to LM's Guidelines for Law Firms (attached and amended on an as needed basis with direct communication between the assigned adjuster and counsel). The law firms will bill Wyndham separately for the delta in rate.

Please reply with your agreement to this arrangement.

**CHERYL VISINGARD | CPCU, SCLA, AIC | SR TECH CLAIMS SPECIALIST II**
Liberty Mutual Insurance and Helmsman Management Services
Strategic & Professional Risk
KEENE, NH
(P) (603) 285-4183 (F) (888) -268-8840
CHERYL.VISINGARD@LibertyMutual.com

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling (603) 285-4183, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments.


This email message (including all attachments) is for the sole use of the intended recipient(s) and may contain confidential information. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unless otherwise indicated in the body of this email, nothing in this communication is intended to operate as an electronic signature and this transmission cannot be used to form, document, or authenticate a contract. Wyndham Hotels and Resorts and/or its affiliates may monitor all incoming and outgoing email communications in the United States, including the content of emails and attachments, for security, legal compliance, training, quality assurance and other purposes.